UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HASAN AMOURI,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>AMERICAN AUTO TOWING INCORPORATED, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:14-cv-01704-JAD-NJK<br><br>ORDER<br><br>(Rqst for Telephonic Appearance – Dkt. #19) |

Based on the scheduling needs of the court, and Defendants' Request for Telephonic Appearance of Insurance Carrier Representative at Early Neutral Evaluation Session (Dkt. #19),

**IT IS ORDERED** that:

1. The Early Neutral Evaluation Conference, currently scheduled for May 28, 2015, at 1:30 p.m. before the undersigned, is **VACATED** and **CONTINUED** to **June 5, 2015,** at **9:30 a.m.,** in the chambers of United States Magistrate Judge Leen, Room #3071, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

2. The deadline for chambers to receive the confidential settlement conference statements, currently due May 21, 2015, is **VACATED** and **CONTINUED** to be received in chambers, Room 3071, not later than **4:00 p.m., May 29, 2015.**

3. All other instructions within the original Order Scheduling Early Neutral Evaluation Conference (Dkt. #14) shall remain in effect.

/ / /

/ / /

/ / /

/ / /

4. Defendants' Request for Telephonic Appearance of Insurance Carrier Representative at Early Neutral Evaluation Session (Dkt. #19) is **GRANTED**, and AAT's insurance carrier may be permitted to telephonically attend the ENE, and be available for the duration of the ENE Conference.

DATED this 22nd day of April, 2015.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE