**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Hasan Amouri, | 2:14-cv-01704-JAD-NJK |
| Plaintiff, | **Order**<br>[#9] |
| v. | |
| American Auto Towing Incorporated et al, | |
| Defendants. | |

Defendants moved to dismiss this employment-discrimination action on March 13, 2015. Doc. 9.  On March 30, 2015, plaintiff filed an amended complaint. Doc. 11. Defendants filed a new motion to dismiss to address the amended complaint.  Doc. 16.

Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure permits parties to amend their complaints once as a matter of course within 21 days of a motion to dismiss.[1]  Plaintiffs' amended complaint was timely filed as of right.  Once filed, an amended pleading supersedes the original pleading in its entirety, mooting a motion to dismiss the original pleading. *See Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir. 1997).

Accordingly, IT IS HEREBY ORDERED THAT the defendants' first motion to dismiss **[Doc. 9] is DENIED** as moot and without prejudice.

Dated this 3rd day of June, 2015.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] Fed. R. Civ. P. 15(a)(1)(B).

Page 1 of 1